**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jerry | Spencer | Ferguson |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : __NORTHERN DISTRICT OF ILLINOIS__

Case Number _____
(If known)

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed

_____
_____

Official Form 113
# Chapter 13 Plan

12/17

### Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. ***Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

| | | Included | Not Included |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ■ |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4 | ☐ | ■ |
| 1.3 | Nonstandard provisions, set out in Part 8 | ■ | ☐ |

### Part 2: Plan Payments and Length of Plan

**2.1 Debtors(s) will make regular payments to the trustee as follows:**

$ __500.00__ per _month_ for __36__ months
Insert additional lines if necessary.
If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

| Debtor 1 | Jerry | Spencer | Ferguson | Case Number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**2.2 Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply.*

■ Debtor(s) will make payments pursuant to a payroll deduction order.
☐ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment):_____.

**2.3 Income tax refunds**

*Check one.*

■ Debtor(s) will retain any income tax refunds received during the plan term.
☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.
☐ Debtor(s) will treat income tax refunds as follows:
_____
_____

**2.4 Additional payments.**

*Check one.*

■ **None.** If "None" is checked, the rest of § 2.4 need not be completed or reproduced.

**2.5 The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $ _____18,000.00_____.**

## Part 3: Treatment of Secured Claims

**3.1 Maintenance of payments and cure of default, if any.**

*Check one.*

■ **None.** If "None" is checked, the rest of § 3.1 need not be completed or reproduced.

**3.2 Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

☐ None. If "None" is checked, the rest of § 3.2 need not be completed or reproduced.

■ **The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.**

The debtor(s) request that the court determine the value of the secured claims listed below. For each non-governmental secured claim listed below, the debtor(s) state that the value of the secured claim should be as set out in the column headed Amount of secured claim. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary amount listed below. For each listed claim, the value of the secured claim will be paid in full with interest at the rate stated below.

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

The holder of any claim listed below as having value in the column headed Amount of secured claim will retain the lien on the property interest of the debtor(s) or the estate(s) until the earlier of:
(a) payment of the underlying debt determined under nonbankruptcy law, or
(b) discharge of the underlying debt under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor.

| Name of Creditor | Estimated amount of creditor's total claim | Collateral | Value of collateral | Amount of claims senior to creditor's claim | Amount of secured claim | Interest rate | Monthly payment to creditor | Estimated total of monthly payments |
|---|---|---|---|---|---|---|---|---|
| Illinois Department of Revenue | $ 1,000.00 | Furniture, linens, small appliances, table & chairs, bedroom set | $ 1,000.00 | $ 0.00 | $ 1,000.00 | 5.50% | $ 33.67 | $ 1,077.25 |

**3.3 Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

■ **None. If "None" is checked, the rest of § 3.3 need not be completed or reproduced.**

Debtor 1    Jerry      Spencer      Ferguson      Case Number *(if known)* _____
         First Name         Middle Name        Last Name

**3.4  Lien avoidance.**

*Check one.*

■ **None.** If "None" is checked, the rest of § 3.4 need not be completed or reproduced.

**3.5  Surrender of collateral.**

*Check one.*

■ **None.** If "None" is checked, the rest of § 3.5 need not be completed or reproduced.

### Part 4: Treatment of Fees and Priority Claims

**4.1  General**

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2  Trustee's fees**

Trustee's fees are governed by statute and may change during the course of the case but are estimated to be __5.00__% of plan payments; and during the plan term, they are estimated to total $__900.00__.

**4.3  Attorney's fees**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $____4,000.00__.

**4.4  Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

☐ **None.** If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

■ The debtor(s) estimate the total amount of other priority claims to be __$12,673.00__.

**4.5  Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*

■ **None.** If "None" is checked, the rest of § 4.5 need not be completed or reproduced.

### Part 5: Treatment of Nonpriority Unsecured Claims

**5.1  Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $_____.

■ __10__% of the total amount of these claims, an estimated payment of $__3,130.00__.

■ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $__0.00__.
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2  Maintenance of payments and cure of any default on nonpriority unsecured claims. Check one.**

■ None. If "None" is checked, the rest of § 5.2 need not be completed or reproduced.

**5.3  Other separately classified nonpriority unsecured claims.** *Check one.*

■ None. If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

### Part 6: Executory Contracts and Unexpired Leases

**6.1  The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

■ None. If "None" is checked, the rest of § 6.1 need not be completed or reproduced.

Debtor 1  Jerry (First Name)  Spencer (Middle Name)  Ferguson (Last Name)   Case Number (if known) _____

## Part 7: Vesting of Property of the Estate

**7.1 Property of the estate will vest in the debtor(s) upon**

*Check the applicable box:*

☐ plan confirmation.
☒ entry of discharge.
☐ other: _____.

## Part 8: Nonstandard Plan Provisions

**8.1 Check "None" or List Nonstandard Plan Provisions**

☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

*The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.*

<u>Illinois Department of Revenue shall not receive pre-confirmation adequate protection payments, as the lien is not a PMSI.</u>

## Part 9: Signature(s):

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**

*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below; otherwise the Debtor(s) signatures are optional. The attorney for the Debtor(s), if must sign below.*

✘ /s/ Jerry Spencer Ferguson
    Jerry Spencer Ferguson

Date: 04/15/2019

✘ /s/ Wylie W Mok                           Date:  04/16/2019
Signature of Attorney for Debtor

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

Debtor 1  Jerry        Spencer       Ferguson                    Case Number (if known) _____
         First Name    Middle Name   Last Name

# Exhibit: Total Amount of Estimated Trustee Payments

*The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.*

| | | |
|---|---|---:|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | $ 0.00 |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | $ 1,077.25 |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | $ 0.00 |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | $ 0.00 |
| e. | **Fees and priority claims** *(Part 4 total)* | $ 17,573.00 |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | $ 3,130.00 |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | $ 0.00 |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | $ 0.00 |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | $ 0.00 |
| j. | **Nonstandard payments** *(Part 8, total)* | $ 0.00 |
| | **Total of lines a through j** | $ 21,780.25 |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 19-11091-LAH
Jerry Spencer Ferguson                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vvirgen              Page 1 of 2          Date Rcvd: Apr 18, 2019
                              Form ID: pdf001            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db         +Jerry Spencer Ferguson,    3221 West Douglas,    APT# 2,   Chicago, IL 60623-1750
27757637   +City of Chicago Bureau Parking,    Bankruptcy Dept/City Clerk,    121 N. LaSalle St,   Room 107,
             Chicago,IL 60602-1242
27757633   +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
27757632   +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
27757648   +Mt. Sinai,   Attn: Bankruptcy Department,    1401 S. California Ave.,    Chicago,IL 60608-1858
27757647   +Secretary of State,    Attn: Safety & Financial Resp,    2701 S. Dirksen Pkwy.,
             Springfield,IL 62723-0002
27757631   +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27757643   +E-mail/Text: g20956@att.com Apr 19 2019 01:59:40       AT&T,   ATTN: Bankruptcy Dept,
             208 S Akard St,    Dallas,TX 75202-4206
27757642   +E-mail/Text: cio.bncmail@irs.gov Apr 19 2019 01:58:15       IRS Non-Priority,   Bankruptcy Dept.,
             PO Box 7346,   Philadelphia,PA 19101-7346
27757634   +E-mail/Text: rev.bankruptcy@illinois.gov Apr 19 2019 01:58:45
             Illinois Department of Revenue,    Bankruptcy Department,    PO Box 64338,
             Chicago,IL 60664-0291
27757650   +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2019 02:05:37       LVNV Funding LLC,
             Bankruptcy Department,    PO Box 10584,   Greenville,SC 29603-0584
27757641   +E-mail/Text: robert@overlandbond.com Apr 19 2019 01:59:59       Overland Bond & Investment,
             Bankruptcy Department,    4701 W. Fullerton Ave.,    Chicago,IL 60639-1817
27757644   +E-mail/Text: ecfbankruptcy@progleasing.com Apr 19 2019 01:59:01       Progressive Leasing, LLC,
             Bankruptcy Dept,   256 West Data Drive,    Draper,UT 84020-2315
27757646   +E-mail/Text: bankruptcy@rentacenter.com Apr 19 2019 02:00:07       Rent-A-Center,
             Legal Department,    5501 Headquarters Drive,    Plano,TX 75024-5837
27757651    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2019 02:06:14
             Resurgent Capital Services,    Bankruptcy Department,    PO Box 10587,
             Greenville,SC 29603-0587
27757645    E-mail/Text: appebnmailbox@sprint.com Apr 19 2019 01:58:39       Sprint,   Bankruptcy Dept.,
             PO Box 7949,   Overland Park,KS 66207
27757657    E-mail/PDF: ais.tmobile.ebn.americaninfosource.com Apr 19 2019 02:06:43       T-Mobile,
             Bankruptcy Department,    PO Box 742596,   Cincinnati,OH 45274-2596
27757658   +E-mail/Text: clamanna@westchester-il.org Apr 19 2019 01:59:51       Village of Westchester,
             Bankruptcy Department,    10300 Roosevelt Rd.,    Westchester,IL 60154-2568
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27757655*    +IRS Non-Priority,    Bankruptcy Dept.,    PO Box 7346,   Philadelphia,PA 19101-7346
27757656*    +IRS Non-Priority,    Bankruptcy Dept.,    PO Box 7346,   Philadelphia,PA 19101-7346
27757652*    +IRS Non-Priority,    Bankruptcy Dept.,    PO Box 7346,   Philadelphia,PA 19101-7346
27757653*    +IRS Non-Priority,    Bankruptcy Dept.,    PO Box 7346,   Philadelphia,PA 19101-7346
27757654*    +IRS Non-Priority,    Bankruptcy Dept.,    PO Box 7346,   Philadelphia,PA 19101-7346
27757638*    +IRS Priority Debt,    Bankruptcy Dept.,    PO Box 7346,   Philadelphia,PA 19101-7346
27757639*    +IRS Priority Debt,    Bankruptcy Dept.,    PO Box 7346,   Philadelphia,PA 19101-7346
27757640*    +IRS Priority Debt,    Bankruptcy Dept.,    PO Box 7346,   Philadelphia,PA 19101-7346
27757649*    +IRS Priority Debt,    Bankruptcy Dept.,    PO Box 7346,   Philadelphia,PA 19101-7346
27757635*    +Illinois Department of Revenue,    Bankruptcy Department,    PO Box 64338,
              Chicago,IL 60664-0291
27757636*    +Illinois Department of Revenue,    Bankruptcy Department,    PO Box 64338,
              Chicago,IL 60664-0291
27757659*    +Illinois Department of Revenue,    Bankruptcy Department,    PO Box 64338,
              Chicago,IL 60664-0291
                                                                                 TOTALS: 0, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: vvirgen              Page 2 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: pdf001            Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Wylie W Mok    on behalf of Debtor 1 Jerry Spencer Ferguson ndil@geracilaw.com
                                                                                             TOTAL: 2
```